McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. S-08-0114 LKK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND FINDING |
| v. | ) | EXCLUDABLE TIME |
| | ) | |
| STEFAN A. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on regularly for Status Conference on April 1, 2008, in the courtroom of the Honorable Lawrence K. Karlton.  Peter Kmeto appeared on behalf of the defendant, Stefan A. Wilson, who was personally present.  Assistant U.S. Attorney R. Steven Lapham appeared on behalf of the United States.

Upon motion of the defendant, the Court continued the next status conference in this case to May 6, 2008 at 9:30 a.m.  The government has provided approximately 2,600 pages of discovery to the defendant which will need to be reviewed by defense counsel. The continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with his client and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation of counsel.

1

1    The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial, 18 U.S.C. §§ 3161
4 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded
5 from April 1, 2008 through May 6, 2008.
6 DATE: April 3, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT