UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           CR. NO. S-08-114 LKK

STEFAN A. WILSON,

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           CV. NO. S-08-393 MCE

REAL PROPERTY LOCATED AT
730 GLEN-MADY WAY, FOLSOM,        RELATED CASE ORDER
SACRAMENTO COUNTY, CALIFORNIA,
APN:  072-2280-012, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO,
        Defendant.
_____/

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Related Case Memorandum, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort

1  and is also likely to be convenient for the parties.
2      The parties should be aware that relating the cases under
3  Local Rules 83-123 merely has the result that the actions are
4  assigned to the same judge; no consolidation of the actions is
5  effected.  Under the regular practice of this court, related cases
6  are generally assigned to the judge to whom the first filed action
7  was assigned.
8      IT IS THEREFORE ORDERED that the action denominated CV. NO.
9  S-08-393 MCE be, and the same hereby is, reassigned to Judge
10 Lawrence K. Karlton for all further proceedings.  Henceforth the
11 caption on all documents filed in the reassigned case shall be
12 shown as CV. NO. S-08-393 LKK.
13     IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.
16     DATED: April 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT