PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: Stefan A. Wilson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-114 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| STEFAN A. WILSON, et al. ) | |
| Defendant. ) | |

Defendant, STEFAN A. WILSON , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, R. STEVEN LAPHAM, stipulate and agree to the following

1. The presently scheduled date of May 6th, 2008 for Status Conference shall be vacated and said Hearing be rescheduled for June 3rd, 2008 at 9:00 a.m..

2. The parties are currently engaged in distribution and review of discovery which currently amounts to well over 2,000 pages and more discovery is being generated through the interviews of additional witnesses/investors;

/// ///

- 1 -

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and defense counsel's preparation to allow sufficient time to review the additional discovery.

IT IS SO STIPULATED.

Dated:  May 2, 2008                              /s/   R. Steven Lapham
                                                   Assistant U.S. Attorney
                                                   for the Government

Dated:  May 2, 2008                              /s/   Peter Kmeto
                                                   Attorney for Defendant
                                                 STEFAN A. WILSON

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the STATUS CONFERENCE be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until June 3rd, 2008 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: May 5, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT