Law Office of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Stefan Andre Wilson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 08-114  LKK |
|---|---|
| Plaintiff, | ) **ORDER RE WAIVER OF APPEARANCE** |
| vs. | ) |
| | ) **Date: N/A** |
| | ) **Time: N/A** |
| Stefan Andre Wilson, | ) **Courtroom: Honorable Lawrence K. Karlton** |
| Defendant. | ) |

    Defendant Stefan Andre Wilson hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the

/ / /

/ / /

/ / /

WAIVER OF APPEARANCE

presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the court may fix in his absence.

Dated: July 2, 2008                    By:    /s/ Stefan A. Wilson

Dated: July 2, 2008
                                       By:    /s/ Patrick K. Hanly

**IT IS SO ORDERED**.

Dated: July 7, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT