IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>STEFAN A. WILSON,<br>　aka Steven K. Wilson,<br>　　　　　Defendant. | No. 2:08-CR-0114 LKK<br><br>TIME EXCLUSION ORDER |

　　Upon motion of the United States and defendant Wilson, the Court continues the next status conference in this case to August 12, 2008 at 9:30 a.m.. According to counsel, there is substantial discovery to review. Also, defense counsel has recently substituted into the case. The continuance is necessary for defense counsel adequately to review the discovery provided by the government and to conduct further investigation. See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

　　The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act as to defendant Wilson from July 8, 2008 up to and including August 12, 2008.

DATE: July 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT