IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. 2:08-CR-0114 LKK

        Plaintiff,

   v.                                TIME EXCLUSION ORDER

STEFAN A. WILSON,
  aka Steven K. Wilson,

        Defendant.

    Upon motion of the United States and defendant Wilson, the Court continues the next status conference in this case to August 19, 2008 at 9:30 a.m.  According to counsel, there remains substantial discovery to review. Defense counsel who has recently substituted into the case is still reviewing the discovery. The continuance is necessary for defense counsel adequately to review the discovery provided by the government and to conduct further investigation.  See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

    The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act as to defendant Wilson from August 12, 2008 up to and including August 19, 2008.

DATE: August 15, 2008

                                    */s/ Lawrence K. Karlton*
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT