McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. S-08-0114 LKK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND FINDING |
| v. | ) | EXCLUDABLE TIME |
| | ) | |
| STEFAN A. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on regularly for Status Conference on September 23, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  Patrick Hanly appeared on behalf of the defendant, Stefan A. Wilson, whose appearance had been previously waived.  Assistant U.S. Attorney R. Steven Lapham appeared on behalf of the United States.

Upon motion of the defendant to permit the defense additional time to review discovery and to conduct plea negotiations, the Court continued the matter to October 15, 2008 at 9:15 a.m.  The Court finds that this continuance is necessary for effective and diligent preparation of counsel and therefore finds that the interests of justice served by granting this continuance outweigh the best

1 | interests of the public and the defendant in a speedy trial.
2 | Accordingly, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) (local code
3 | T-4). time will be excluded from the computations of the Speedy
4 | Trial Act from September 23, 2008 through October 15, 2008.
5 | DATE: September 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2