1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-114 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| STEFAN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel that, subject to the approval of the court, the Status Conference currently set for November 4, 2008, at 9:15 a.m. may be continued to November 12, 2008 at 9:15 a.m.

   IT IS FURTHER STIPULATED that this brief continuance is necessary to give the parties time to conduct further negotiations toward a plea agreement and that, for that reason, and due to the volume of discovery produced by the government and defense counsels investigation of the case, time should be excluded under the Speedy

////

////

////

1

1  Trial Act from November 4 through November 12, 2008, pursuant to 18
2  U.S.C. §§ 3161 (h)(8)(B)(iv) (local code T-4).
3  DATED: October 31, 2008
                                   McGREGOR W. SCOTT
4                                  United States Attorney

5
                               By: s/R. Steven Lapham
6                                  R. STEVEN LAPHAM
                                   Assistant U.S. Attorney
7

8

9

10
    DATED: October 31, 2008          s/R. Steven Lapham for
11                                   PATRICK HANLY
                                     Counsel for Stefan Wilson
12                                   (Telephonic authorization)

13

14
                              O R D E R
15
        IT IS SO ORDERED.
16

17  DATED: November 3, 2008

18

19                              _____
                                LAWRENCE K. KARLTON
20                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
21

2