Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Stefan Andre Wilson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Stefan Andre Wilson,<br><br>Defendant. | Case No: 08-114  LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND  EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 1-13-09**<br>**Time: 9:15 a.m.**<br>**Courtroom: Honorable Lawrence K. Karlton** |

Defendant Stefan Andre Wilson through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney R. Steven Lapham, agree and stipulate that the current status conference set for January 13, 2009, in the above case shall be re-scheduled for February 10, 2009 at 9:15 a.m.

The parties further agree and stipulate that under 18 U.S.C. §3161 h)(8)(B)(ii) and (iv), and Local Codes T2, and T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, February 10, 2009, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The parties stipulate and agree that this case involves novel issues of law such that it is

unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Dated: January 9, 2009

By: /s/ Patrick K.Hanly
Attorney for Defendant

Dated: January 9, 2009

UNITED STATES ATTORNEY

By: /s/ R Steven Lapham
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. The court finds that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: January 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT