Law Office of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Stefan Andre Wilson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 08-114  LKK |
|---|---|
| Plaintiff, | ) **SUMMARY ORDER** |
| vs. | ) |
| Stefan Andre Wilson, | ) **Date: 2-10-09**<br>) **Time: 9:15 am**<br>) **Courtroom: Honorable Lawrence K. Karlton** |
| Defendant. | ) |

This matter came on for Status Conference on February 10, 2009, in the Courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Defendant Stefan Andre Wilson was not present because he has a waiver of appearance on file.  Linda Harter, Assistant Federal Defender, appeared for Patrick K. Hanly on behalf of Defendant Wilson. The United States was represented by Assistant U.S. Attorney R. Steven Lapham.

Counsel indicated that a plea agreement had been provided to defendant Wilson and his counsel and they were considering it.  The parties requested a further Status Conference on February 18, 2009, at 9:15 a.m.

Accordingly, the parties agreed to exclude time from the calculation under the Speedy Trial Act for the reason stated above, pursuant to 18 U.S.C. §3161 h)(8)(B)(iv), and Local Code T4.

ORDER

1 **Good cause appearing therefore,**

2    IT IS ORDERED that this matter is continued to February 18, 2009, at 9:15. a.m.

3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 h)(8)(B)(iv), and Local Code T4,

4 the period from February 10, 2009 up to and including February 18, 2009, is excluded from the time

5 computations required by the Speedy Trial Act to allow counsel time to review the plea agreement.

7    Dated: February 17, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT