1  LAWRENCE G. BROWN
   Acting United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Stefan A. Wilson it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Stefan A. Wilson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  2007 Porsche Cayman coupe, VIN: WP0AB29807U781950, California license number 6BKG423;

   b.  Approximately $7,321.12 in U.S. currency seized from a Washington Mutual account in the name of Stephen K. Wilson, dba Christians in Crisis International and CIC Investment Fund;

      c.     Approximately $1,490,418.57 in U.S. Currency seized from an Ameritrade account in the name of Christians in Crisis International;

      d.     Approximately $5,939.58 in U.S. currency seized from a Bank of America account in the name of Nell J.;

      e.     Approximately $419,060.42 in U.S. currency seized from a Bank of America account in the name of Nell J.;

      f.     A 3 carat diamond ring seized on or about February 26, 2008; and

      g.     A sum of money equal to the total amount of money that represents the proceeds of the scheme to defraud to which the defendant has pled guilty, or which constitutes or was derived from proceeds traceable to said scheme.

    2.    The above-listed property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343.

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and the Internal Revenue Service, in their secure custody and control.

    4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of

the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

SO ORDERED this 21st day of April, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT