# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM

**TO:** Ana Rivas
Courtroom Clerk To the Honorable
Lawrence K. Karlton

**FROM:** Patrick K. Hanly, Attorney for Defendant Stefan K. Wilson

**DATE:** May 4, 2009

**RE:** <u>U.S. v. Wilson</u>, CR S 08-114 LKK
Continuance of Judgment and Sentencing

The above matter is scheduled for judgment and sentencing on May 27, 2009. The parties are requesting more time to prepare for the sentencing. The following proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date: **7/7/09**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **6/30/09**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than: **6/16/09**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **6/2/09**

cc: R. Steven Lapham– AUSA, Scott Storey, USPO

memo re continuance of
sentencing.DOC