PETITION FOR ANCILLARY HEARING



MAY 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. STEFAN A. WILSON
CRIMINAL NO. 2:08-CR-00114-LKK

May 13, 2009

    This petition is to request a hearing to adjudicate my interest in certain property listed in the Notice of Preliminary Order of Forfeiture filed on April 22, 2009. In particular, I am claiming legal right, title and interest in:

    a.    Approximately $5,939.58 in U.S. currency seized from a Bank of America account in my name;

    b.    Approximately $419,060.42 in U.S. currency seized from a Bank of America account in my name.

    I have legal right, title and interest in the above-referenced property, as the funds were placed into said Bank of America account by myself on approximately February, 2008.

    <u>I acquired said property as follows:</u>

    1.    At the time of my divorce settlement (approximately in 1986), I received approximately $150,000.00.

    2.    Around November 2006, I refinanced my home located at 2205 River Trails Circle, Rancho Cordova, CA and took out approximately $218,000 in equity.

3.      Around November 2006, I refinanced a second property located at 1216 Evelyn Lane, Sacramento, CA and took out approximately $55,000 in equity.

4.      On or around November, 2006 I deposited approximately $425,000.00 into an investment account with CIC Investment Fund. Said investment of capital is noted a CIC Investment Fund statement of February 2008, attached as Attachment A.

5.      On or around February, 2008, I requested of CIC Investment Fund personnel a return of my entire investment amount of $425,000.00. Said monies were wired to the Bank of America, at which time I placed the majority of the monies in a Certificate of Deposit, and a small amount into my checking account.

Additional Information regarding my investment in the CIC Investment Fund:

I am currently 72 years old.   At the time of my investment in the CIC Investment Fund, I was 70 years told.

I initially learned of the CIC Investment Fund by my chiropractor, Dr. Steve Barham. I have known Dr. Barham for over 20 years, having met him as my chiropractor, but also getting to know he and his family through church activities. I state this to demonstrate the faith and trust I had in Dr. Barham.

During one of my visits to Dr. Barham, he told me about a investment opportunity that he himself had also invested in, that being the CIC Investment Fund. Dr. Barham told me the rate of return was quite high and that I should consider investing.

Based on this advice, I went to a meeting put on by CIC Investment Fund and listened to the presentation about their investments, rates of return, etc. Subsequent to this meeting, I decided to invest with CIC Investment Fund and, as described above, I invested all my savings. Additionally, I cashed out equity in two real estate properties

and also used those monies to invest in the Fund.

From November 2006 to February 2008, I received monthly payments, as promised in my investment contract.

In early February 2008, an IRS agent and a FBI agent (cannot recall their names) came to my home and asked to speak with me about the CIC Investment Fund. I was asked what I knew about CIC Investment Fund, and whether I knew a Grand Jury was investigating the Fund. I answered in the negative. I was also told by the IRS agent and FBI agent that the CIC Investment Fund was a ponzi scheme and that no monies were any longer in the Fund.

After the IRS and FBI agents left my home, I called Mr. Steve Wilson (also known as Stefan Wilson) of the CIC Investment Fund and requested an immediate return of my investment. Mr. Wilson advised it would be 30 days before I could get my money. I insisted on an immediate return of my money, to which Mr. Wilson indicated that, if I forfeited the interest earned (approximately $50,000), he would wire the money of $425,000 to the bank of my choice. As stated above, the money was wired to the Bank of America around mid-February 2008.

My first knowledge of the funds being seized from the Bank of America account was when I attempted to use my ATM card and was unable to do so. Upon calling the Bank of America, I was told the account had been frozen by the IRS.

The $425,000.00 constitutes all my financial assets. Subsequent to the seizure of these funds by the government, I have lost both real estate properties to foreclosure, as I have had no monies to pay the mortgages.

I am requesting this ancillary hearing in order to request the Court to order a refund my investment monies that were seized from the Bank of America accounts, as these monies are lawfully mine.

Signed under penalty of perjury on May 13, 2009.

*Nell Johnson*

Nell Johnson, in pro per
324 E. Thirteenth Street
Marysville, CA  95901
(916) 225-2020

Formerly lived at: 2205 River Trails Circle
Rancho Cordova, CA 95670

Served on 5.13.09 a copy of this Petition
via certified mail, return receipt requested on:

Mr. R. Steven Lapham
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CIC INVESTMENT FUND

Statement

Nell Johnson
2205 River Trails Ct
Rancho Cordova, CA 95670

20236
Account

2/9/2008
Statement Date

| Date | Receipt Number | Description | Amount | Receipt Total |
|---|---|---|---|---|
| 11/10/2006 | 31619 | Investment of Capital | $218,000.00 | $218,000.00 |
| 11/13/2006 | 31620 | Investment of Capital | $152,000.00 | $152,000.00 |
| 11/30/2006 | 31714 | Monthly Return On Investment | $3,700.00 | $3,700.00 |
| 12/6/2006 | 31715 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 12/12/2006 | 31720 | Investment of Capital | $55,068.78 | $55,068.78 |
| 12/31/2006 | 31734 | Monthly Return On Investment | $7,948.45 | $7,948.45 |
| 1/2/2007 | 31735 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 1/31/2007 | 31834 | Monthly Return On Investment | $8,546.34 | $8,546.34 |
| 1/31/2007 | 31835 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 3/2/2007 | 31907 | Monthly Return On Investment | $8,623.27 | $8,623.27 |
| 3/2/2007 | 31908 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 3/31/2007 | 31971 | Monthly Return On Investment | $8,701.73 | $8,701.73 |
| 3/31/2007 | 31972 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 5/2/2007 | 32038 | Monthly Return On Investment | $8,781.77 | $8,781.77 |
| 5/2/2007 | 32039 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 6/1/2007 | 32119 | Monthly Return On Investment | $8,863.40 | $8,863.40 |
| 6/1/2007 | 32120 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 7/1/2007 | 32213 | Monthly Return On Investment | $8,946.66 | $8,946.66 |
| 7/1/2007 | 32214 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 8/7/2007 | 32298 | Monthly Return On Investment | $9,031.60 | $9,031.60 |
| 8/7/2007 | 32299 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 9/1/2007 | 32519 | Monthly Return On Investment | $9,118.24 | $9,118.24 |
| 9/1/2007 | 32520 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 10/2/2007 | 32521 | Monthly Return On Investment | $9,206.60 | $9,206.60 |
| 10/2/2007 | 32522 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 10/12/2007 | 32595 | Withdrawal On Account | -$12,000.00 | -$12,000.00 |
| 11/03/2007 | 32596 | Monthly Return On Investment | $9,056.73 | $9,056.73 |
| 11/03/2007 | 32597 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |

CIC INVESTMENT FUND

Statement

Nell Johnson
2205 River Trails Ct
Rancho Cordova, CA 95670

20236
Account

2/9/2008
Statement Date

| Date | Receipt Number | Description | Amount | Receipt Total |
|---|---|---|---|---|
| 12/6/2007 | 32682 | Monthly Return On Investment | $9,143.87 | $9,143.87 |
| 12/6/2007 | 32683 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 1/3/2008 | 32848 | Monthly Return On Investment | $9,232.74 | $9,232.74 |
| 1/3/2008 | 32849 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |
| 2/9/2008 | 32850 | Monthly Return On Investment | $9,323.40 | $9,323.40 |
| 2/9/2008 | 32851 | Withdrawal On Account | -$4,700.00 | -$4,700.00 |

Account Balance    **$470,793.58**