UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-08-114 LKK

    Plaintiff,

  v.                             O R D E R

STEFAN A. WILSON,

    Defendant.
                                    /

    On April 21, 2009, the court issued a preliminary order of forfeiture, directing the United States to publish notice of the order of forfeiture and providing that, if any third-party asserted an interest in the property at issue, they must file a petition within sixty days of the date of the publication of the notice or within thirty days of the date of receipt of actual notice, whichever is earlier. It is the court's understanding that the government published notice on April 26, 2009. On May 13, 2009, third-party Nell Johnson filed a Petition for Ancillary Hearing, asserting an interest in some of the property referred to in the

1

court's Preliminary Order of Forfeiture.

    Accordingly, the court ORDERS as follows:

1. A hearing is SET for August 4, 2009 at 9:15 AM to adjudicate all interests in the property identified in the Preliminary Order of Forfeiture.

2. The United States' response, if any, to all asserted interests in the property referenced in the Preliminary Order of Forfeiture SHALL be filed and served not later than July 6, 2009. The United States may file a separate brief responding to each party asserting an interest. Each brief shall be not greater than ten (10) pages in length.

IT IS SO ORDERED.

DATED: June 2, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2