UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA,

 Plaintiff(s),

Case No.  2:08-CR-00114-LKK

v.

STEFAN A. WILSON,

 Defendant(s).

I,   DAVID W. KLAUDT                                                                                              ,

attorney for   RICHARD A. GRAY, JR. and CUMBERLAND HILL CAPITAL FUND, L.P.          ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

 My business address is:

| | |
|---|---|
| Firm Name: | LOCKE LORD BISSELL & LIDDELL LLP |
| Address: | 2200 ROSS AVENUE |
| | SUITE 2200 |
| City: | DALLAS |
| State: | TX                                ZIP Code:    75201 |
| Voice Phone: | ( 214 ) 740-8000 |
| FAX Phone: | ( 214 ) 740-8800 |
| Internet E-mail: | dklaudt@lockelord.com |
| Additional E-mail: | |
| I reside in City: | DALLAS                          State:      TX |

 I was admitted to practice in the   SEE ATTACHMENT                                (court)

on                                    (date).  I am presently in good standing and eligible to practice in

said court.  I am not current suspended or disbarred in any other court.

PDF created with pdfFactory trial version www.pdffactory.com

I have ☐/ have not þ concurrently or within the year preceding this application made a

pro hac vice application to this court.  (If you have made a pro hac vice application to this court

within the last year, list the name and case number of each matter in which an application was

made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

| | |
|---|---|
| Name: | KRISTEN H. CERF |
| Firm Name: | LOCKE LORD BISSELL & LIDDELL LLP |
| Address: | 400 CAPITOL MALL |
| | SUITE 1460 |
| City: | SACRAMENTO |
| State: | CA          ZIP Code:      95814 |
| Voice Phone: | ( 916 ) 554-0240 |
| FAX Phone: | ( 916 ) 554-5440 |
| E-mail: | kcerf@lockelord.com |

Dated        May 26, 2009              Petitioner:        /s/ David W. Klaudt

**ORDER**

IT IS SO ORDERED.

Dated:        June 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com