| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER |

UNITED STATES OF AMERICA,

        Plaintiff(s),

                Case No.  2:08-CR-00114-LKK

v.

STEFAN A. WILSON,

        Defendant(s).

    I,  JASON M. HOPKINS  ,

attorney for  RICHARD A. GRAY, JR. and CUMBERLAND HILL CAPITAL FUND, L.P.  ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | LOCKE LORD BISSELL & LIDDELL LLP |
| Address: | 2200 ROSS AVENUE |
| | SUITE 2200 |
| City: | DALLAS |
| State: | TX        ZIP Code:   75201 |
| Voice Phone: | ( 214 ) 740-8000 |
| FAX Phone: | ( 214 ) 740-8800 |
| Internet E-mail: | jhopkins@lockelord.com |
| Additional E-mail: | |
| I reside in City: | DALLAS        State:   TX |

    I was admitted to practice in the  SEE ATTACHMENT  (court)

on _____ (date).  I am presently in good standing and eligible to practice in said court.  I am not current suspended or disbarred in any other court.

PDF created with pdfFactory trial version www.pdffactory.com

I have ☐/ have not þ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | KRISTEN H. CERF |
| Firm Name: | LOCKE LORD BISSELL & LIDDELL LLP |
| Address: | 400 CAPITOL MALL |
| | SUITE 1460 |
| City: | SACRAMENTO |
| State: | CA    ZIP Code: 95814 |
| Voice Phone: | ( 916 ) 554-0247 |
| FAX Phone: | ( 916 ) 554-5440 |
| E-mail: | kcerf@lockelord.com |

Dated   5/26/09            Petitioner:   /s/ Jason M. Hopkins

**ORDER**

IT IS SO ORDERED.

Dated:   June 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT