```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:08-CR-00114-LKK
                                 )
12            Plaintiff,         )   ORDER [PROPOSED]
                                 )
13       v.                      )
                                 )
14  STEFAN A. WILSON,            )
                                 )
15            Defendant.         )
    _____)
16
17       Based upon the ex parte motion of the United States of
18  America, the Court makes the following FINDINGS AND ORDER:
19       The investors and victims in the underlying fraud scheme
20  giving rise to this action are not entitled to direct written
21  notice of the criminal forfeiture of the property listed in the
22  Preliminary Order of Forfeiture filed on April 22, 2009, because
23  //
24  //
25
26
27
28                                 1
```

1  they lack prudential standing to file petitions in this criminal
2  action.
3  IT IS SO ORDERED.
4  DATED: June 8, 2009

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT