```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:08-CR-00114-LKK
                                 )
12          Plaintiff,            )   ORDER [PROPOSED]
                                 )
13      v.                       )
                                 )
14  STEFAN A. WILSON,            )
                                 )
15          Defendant.            )
    _____)
16
```

Based upon the <u>ex</u> <u>parte</u> motion of the United States of America, the Court makes the following FINDINGS AND ORDER:

The investors and victims in the underlying fraud scheme giving rise to this action are not entitled to direct written notice of the criminal forfeiture of the property listed in the Preliminary Order of Forfeiture filed on April 22, 2009, because

//

//

1

1 | they lack prudential standing to file petitions in this criminal
2 | action.
3 | IT IS SO ORDERED.
4 | DATED: June 8, 2009

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```