# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 2:08-CR-00114-LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Honorable Lawrence K. Karlton |
| ) | |
| STEFAN A. WILSON ) | |
| ) | |
| Defendant. ) | ORDER GRANTING STAY |
| ) | |

Came on for consideration this day the unopposed motion for stay filed by Richard A. Gray, Jr., Gray Investment Partners, and Cumberland Hill Capital Fund, L.P. ("Petitioners"), and the Court, having considered the motion and the fact that it is unopposed, finds that the motion is well-founded and should be, and hereby is, in all things, GRANTED.  It is therefore,

ORDERED, ADJUDGED, and DECREED that no final order of forfeiture shall issue until the conclusion of Petitioners' appeal of the Court's order dated August 6, 2009, as well as all orders and rulings merged into that order.  It is further,

ORDERED, ADJUDGED, and DECREED that the Government shall not distribute or dispose of any property seized from Defendant Wilson until the conclusion of Petitioners' appeal of the Court's order dated August 6, 2009, as well as all orders and rulings merged into that order.

Signed this 14th day of August, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT