# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    )
v.    )   CR NO: 2:08-CR-114 LKK
    )
STEFAN A. WILSON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee:    **STEFAN A. WILSON**

Detained at (custodian):    **FCI Bastrop**

Detainee is:  a.)  ☒ charged in this district by:
            ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **18 U.S.C. § 1343-Wire Fraud; 26 U.S.C. 7206(1) - Making and Subscribing a False Income Tax Return**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary for a hearing on* **April 12, 2011** *before the Honorable Lawrence K. Karlton, Senior U.S. District Judge, in the Eastern District of California.*

Signature: /s/ R. Steven Lapham
Printed Name & Phone No: **R. STEVEN LAPHAM (916) 554-2724**
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 7, 2011                                        /s/ Gregory G. Hollows

Date                                                        United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 17646-097 | DOB: | 10/19/1963 |
| Facility Address: | FCI BASTROP | Race: | White |
| | 1341 HIGHWAY 95 NORTH, BASTROP, TX | FBI #: | |
| Facility Phone: | 512-321-3903 | | |
| Currently Incarcerated For: | Wire Fraud, False Income Tax Returns | | |

**RETURN OF SERVICE**

Executed on _____ by _____            _____
                                                                                            (Signature)

Form Crim-48                                                                        Revised 11/19/97