KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Stefan Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-114 LKK |
| Plaintiff, | |
| v. | ORDER |
| STEFAN WILSON, | |
| Defendant. | |

**GOOD CAUSE APPEARING** the status conference concerning judgment and resentencing currently set for April 12, 2011 is vacated and reset for May 18, 2011, at 10:00 a.m.

DATED: April 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1