BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY RICHARD A. GRAY, JR., GRAY INVESTMENT PARTNERS, AND CUMBERLAND HILL CAPITAL, LP. |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | Old Date: May 1, 2012, at 9:15 a.m. |
| | New Date: June 5, 2012 at 9:15 a.m. |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, Jason M. Hopkins, that:

    1.    On April 27, 2012, the United States and petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP filed a stipulation of

facts regarding traceability of investment funds.[1]

2. The status conference currently set for May 1, 2012, at 9:15 a.m., with the Court's approval, be continued to June 5, 2012 at 9:15 a.m. to allow the United States and petitioners to propose a joint briefing schedule to resolve the remaining issues under 21 U.S.C.A. § 853; and to allow the United States to notice additional victim/investors who can potentially trace their investments to the seized funds.

                                      Respectfully Submitted,

Dated: 4/27/12　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: 4/27/12　　　　　　　　　　　　　By:　　/s/ Jason M. Hopkins
　　　　　　　　　　　　　　　　　　　　　JASON M. HOPKINS
　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioners

　　　　　　　　　　　　　　　　　　　　　(Signatures retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: April 30, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] ECF No. 144. Also attached to this Stipulation as Exhibit A.

# EXHIBIT A

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|  | United States Attorney |
| 2 | R. STEVEN LAPHAM |
|  | KEVIN C. KHASIGIAN |
| 3 | Assistant U.S. Attorney |
|  | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|  | Telephone: (916)554-2700 |
| 5 |  |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00114-LKK |
| Plaintiff, | ) | STIPULATION OF FACTS REGARDING TRACEABILITY OF INVESTMENT FUNDS |
| v. | ) |  |
| STEFAN A. WILSON, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, Jason M. Hopkins, that:

    1.    On March 13, 2008, defendant Stefan Wilson was indicted on multiple counts of fraud, filing false income tax returns, and money laundering arising out of his Ponzi scheme that defrauded seventy-five investors out of approximately $13 million. Prior to his indictment, in February 2008, the United States seized four accounts connected to the operation of the Ponzi scheme, totaling $1,922,739.69.

    2.    On or about January 28, 2008, Mr. Gray, through Gray Investment

Partners, executed a standard form subscription agreement for Wilson's Christians in Crisis Investment Fund (the "Fund"), agreeing to invest $2,000,000.00.

3. On or about January 28, 2008, Mr. Gray, Cumberland's principal investor, caused Cumberland to execute a similar standard form subscription agreement for the Fund agreeing to invest $300,000.00.

4. Pursuant to instructions contained in the Subscription Agreement, on Friday, February 1, 2008, Mr. Gray wired $2,000,000 into the Fund's account at Washington Mutual Bank (the "Washington Mutual Account").

5. Pursuant to instructions contained in the Subscription Agreement, on Friday, February 1, 2008, Cumberland also wired $300,000 into the Washington Mutual Account.

6. The Washington Mutual Account had an account balance of $297,129.97 when Gray/Cumberland transferred the $2,300,000 into the account; and a balance of $2,580,439.93 after Gray/Cumberland's combined transfers.

7. On Friday, February 1, 2008, Wilson transferred $1,800,000 of commingled funds from the Washington Mutual Account to brokerage account number 781-177252 at Ameritrade (the "Ameritrade Account"), where the Fund's investments were purportedly held.

8. On Monday, February 4, 2008, Wilson transferred $500,000 of commingled funds from the Washington Mutual Account to the Ameritrade Account.

9. The Washington Mutual Account had an account balance of $767,945.05 prior to the February 4, 2008 transfer of $500,000 to the Ameritrade Account.

10. Before the February 1, 2008 and February 4, 2008 transfers, the Ameritrade Account balance was $324.43.

11. After the transfers on February 1, 2008 and February 4, 2008, the only activity in the Ameritrade Account were transfers of $5,000, $135,000 and $425,000 to the Washington Mutual Account.

12. On February 15, 2008, the United States finished its investigation, concluded that the Fund was a fraud, closed down the Fund's operations, arrested Wilson, and seized a total of $1,915,418.57 from four accounts connected to Wilson's fraudulent scheme.

13. Between the time Wilson transferred Gray's and Cumberland's funds into the Ameritrade account and the time the United States seized that account, no other deposits were made into the Ameritrade account.

14. Of the $1,915,418.57 seized by the United States, $1,700,446.63 is directly traceable to the funds deposited by Gray and Cumberland on or about February 1, 2008.

Respectfully Submitted,

Dated: 4/27/12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian

KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/27/12

By: /s/ Jason M. Hopkins

JASON M. HOPKINS
Attorney for Petitioners