BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING PETITION FOR ADJUDICATION OF THE VALIDITY OF INTEREST IN PROPERTY BY RICHARD A. GRAY, JR., GRAY INVESTMENT PARTNERS, AND CUMBERLAND HILL CAPITAL, LP. |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | Old Date: June 5, 2012, at 9:15 a.m. |
| | New Date: July 17, 2012 at 9:15 a.m. |

   IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioners Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, that:

   1.   The status conference currently set for June 5, 2012, at 9:15 a.m., with the Court's approval, be continued to July 17, 2012 at 9:15 a.m. to allow those parties notified by the United States on or about May 20, 2012 to file a petition under 21

U.S.C. § 853(n)(2).

2. On or about April 27, 2012, the United States and petitioners Richard A. Gray, Jr., Gray Investment Partners and Cumberland Hill Capital Fund, LP, filed a Stipulation of Facts Regarding Traceability of Investment Funds.

3. On or about May 20, 2012, the United States effected notice to certain victim/investors who could potentially trace their investments to the seized funds

4. Under 21 U.S.C. § 853(n)(2), a party may file a petition to adjudicate the validity of his or her alleged interest in the property within thirty days.

Respectfully Submitted,

Dated: 5-30-12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 30 May 2012

By: /s/ David W. Klaudt
DAVID W. KLAUDT
Attorney for Petitioner

(Original signatures retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: May 31, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT