BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEFAN A. WILSON,<br><br>  Defendant. | 2:08-CR-00114-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Old Date:  September 11, 2012 at 9:15 a.m.<br><br>New Date: September 18, 2012 at 9:15 a.m. |

    The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, and petitioner Elvira Bailey, hereby stipulate, and respectfully request that the Court so order, that the status conference regarding the petitions for adjudication of the validity of interest in property, currently set for September 11, 2012, at 9:15 a.m. be continued until September 18, 2012, at 9:15 a.m., due to the unavailability of Government counsel during the second week of September.

    WHEREFORE, based on the foregoing, and for good cause shown, the United

1  States and Petitioners hereby stipulate that the status conference be continued from
2  September 11, 2012, at 9:15 a.m. until September 18, 2012, at 9:15 a.m.

                                                    Respectfully Submitted,

Dated: 8/8/12

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                  By:   /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated: 8/7/12                                  /s/ David W. Klaudt
                                                    DAVID W. KLAUDT
                                                    Attorney for Petitioner
                                                    Richard A. Gray, Jr., Gray
                                                      Investment Partners, Cumberland
                                                      Hill Capital Fund, LP

Dated: 8/7/12                                  /s/ Elvira Bailey
                                                    ELVIRA BAILEY
                                                    Petitioner

                                                    (Signatures authorized by email)

## **ORDER**

    IT IS SO ORDERED.

Dated: August 9, 2012

                                                   LAWRENCE K. KARLTON
                                                   SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT