BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND SUPPLEMENTAL PETITION BRIEFING SCHEDULE |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, and petitioner Elvira Bailey, hereby stipulate as follows:

1.  The supplemental petition briefing schedule, currently set for supplemental petitions to be filed within 20 days, the government to respond within 20 days thereafter, and petitioners to reply within 10 days, with the Court's approval, be extended to allow petitioners 30 days to file supplemental petitions, the United States to respond 30 days thereafter, and petitioners to reply within 15 days.

1    WHEREFORE, based on the foregoing, the United States and Petitioners hereby
2 stipulate that the supplemental petition briefing schedule be extended to allow
3 petitioners 30 days to file supplemental petitions, the United States to respond 30 days
4 thereafter, and petitioners to have have15 days to reply.

Respectfully Submitted,

Dated: 9/21/12

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/20/12

/s/ David W. Klaudt
DAVID W. KLAUDT
Attorney for Petitioner
Richard A. Gray, Jr., Gray
Investment Partners, Cumberland
Hill Capital Fund, LP

Dated: 9/21/12

/s/ Elvira Bailey
ELVIRA BAILEY
Petitioner

(Signatures authorized by email)

**ORDER**

IT IS SO ORDERED.

Dated: September 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT