BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND SUPPLEMENTAL PETITION BRIEFING SCHEDULE |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, and petitioner Elvira Bailey, hereby stipulate as follows:

1.  The United States' time to respond to the supplemental petitions, currently set for November 19, 2012, with the Court's approval, be continued to November 26, 2012.

2.  The Petitioners time to respond to the United States' opposition, currently set for fifteen days after the United States' opposition, with the Court's approval, be continued to December 18, 2012.

1   WHEREFORE, based on the foregoing, the United States and Petitioners hereby stipulate that the United States' response to the supplemental petitions be extended to November 26, 2012, and the petitioners to reply by December 18, 2012.

Respectfully Submitted,

Dated: 11/15/12   BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/15/12   /s/ David W. Klaudt
DAVID W. KLAUDT
Attorney for Petitioner
Richard A. Gray, Jr., Gray
Investment Partners, Cumberland
Hill Capital Fund, LP

Dated: 11/15/12   /s/ Elvira Bailey
ELVIRA BAILEY
Petitioner

(Signatures authorized by phone)

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT