1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                                NO. CR. S-08-114 LKK
12            Plaintiff,

13       v.                                        O R D E R

14   STEFAN A. WILSON,

15            Defendant.
                                           /
16

17       Pending before the court is a motion for a stay brought by

18   Petitioners Richard A. Gray, Jr., Gray Investment Partners, and

19   Cumberland Hill Capital Fund, L.P., pending their appeal of this

20   court's January 28, 2013 order.  See Pet'rs' Mot., ECF No. 181;

21   Order, ECF No. 174.  The Government opposes Petitioners' motion.

22   Gov't Opp'n, ECF No. 184.

23       Having considered the Petitioners' motion and the Government's

24   opposition, the court makes the following orders:

25       [1]  This  action  is  STAYED  pending  the  conclusion  of

26            Petitioners'  appeal  of  this  court's  January  28,  2013

                                    1

1        order.

2   [2]   The parties SHALL notify the court within seven (7) days

3         of the resolution of Petitioners' appeal.

4   IT IS SO ORDERED.

5   DATED: March 26, 2013.

6

7

8   _____
    LAWRENCE K. KARLTON
9   SENIOR JUDGE
    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              2