BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00114-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO SET STATUS CONFERENCE ON AUGUST 19, 2014 |
| STEFAN A. WILSON, | |
| Defendant. | |

In light of the Ninth Circuit's recent decision in this case, the United States, through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, hereby STIPULATE and REQUEST that the Court set a status conference for August 19, 2014 at 9:15 a.m.

Dated:  7/14/14                                BENJAMIN B. WAGNER
                                               United States Attorney

                                          By:  /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney

1

Dated: 7/14/14

By: /s/ David Klaudt
DAVID W. KLAUDT
Attorney for Petitioners
(Authorized by email)

## ORDER

A Status Conference is set for August 19, 2014 at 9:15 a.m.

Dated: July 22, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and Order to Set a Status Conference