David W. Klaudt
  Texas Bar No. 00796073
klaudtd@gtlaw.com
Jason M. Hopkins
  Texas Bar No. 24059969
hopkinsjm@gtlaw.com
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
Telephone:  214.665.3616
Facsimile:  214.665.5916

Attorneys for Richard A. Gray, Jr., Gray Investment Partners,
and Cumberland Hill Capital Fund, L.P.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN A. WILSON<br><br>Defendant. | Cr. No. 2:08-CR-00114-LKK<br><br>Honorable Lawrence K. Karlton<br><br>STIPULATION AND ORDER TO SET STATUS CONFERENCE ON AUGUST 19, 2014 |

In light of the parties' ongoing discussions of the Ninth Circuit's recent decision in this case, the United States, through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for petitioner Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, LP, David W. Klaudt, hereby STIPULATE and REQUEST that the Court set a status conference for August 26, 2014 at 9:15 a.m.

Dated:  August 15, 2014                              GREENBERG TRAURIG LLP

                                                                    /s/ David W. Klaudt
                                                                    David W. Klaudt
                                                                    Counsel for Petitioners

1

| | |
|---|---|
| Dated: August 15, 2014 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| | /s/ Kevin C. Khasigian<br>Kevin C. Khasigian<br>Assistant U.S. Attorney<br>(authorized by email) |

## ORDER

A Status Conference is continued to August 26, 2014 at 9:15 a.m.

Dated: August 18, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2