David W. Klaudt
  Texas Bar No. 00796073
klaudtd@gtlaw.com
Jason M. Hopkins
  Texas Bar No. 24059969
hopkinsjm@gtlaw.com
2200 Ross Avenue
Suite 5200
Dallas, TX 75201
Telephone:  214.665.3616
Facsimile:  214.665.5916

Stephen E. Paffrath (SBN 195932)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-4111
Facsimile: (916) 448-1709
paffraths@gtlaw.com

*Attorneys for Richard A. Gray, Jr., Gray Investment Partners,
and Cumberland Hill Capital Fund, L.P.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEFAN A. WILSON<br><br>　　　　Defendant. | CR. S-08-CR-00114-TLN<br><br>ORDER<br><br>Hearing<br>Date:　　August 26, 2014<br>Time:　　9:15 a.m.<br>Department:　Courtroom 4<br>Judge:　Hon. Lawrence K. Karlton |

THIS CAUSE came on for Status Conference on August 26, 2014.  The Court having heard the Government's proposal for appointment of a trustee and law firm to administer the funds held subject to constructive trusts, and the response of Richard Gray, does hereby Order:

　　1.　　Gray shall have two weeks, until September 9, 2014, to submit an alternative proposal for the administration of funds held in constructive trusts.

2. The Government shall have two weeks, until September 23, 2014, to submit any response to Gray's alternative proposal.

3. A hearing on the matter is set for October 9, 2014 at 9:30 a.m. in Courtroom #2.

**IT SO ORDERED.**

Dated: August 28, 2014

_____
Troy L. Nunley
United States District Judge