1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:08-cr-114-TLN-DAD
12
13                 Plaintiff,
14
        v.                                  **ORDER**
15
     STEFAN A. WILSON,
16
17                 Defendant.

18

19        On October 9, 2014, the Court heard oral argument on the United States' and Petitioners

20   Richard A. Gray, Jr., Gray Investment Partners, and Cumberland Hill Capital Fund, L.P.'s

21   ("Petitioners") proposals for the administration of funds held in constructive trust.  (*See* ECF Nos.

22   216, 219, 220.)  The Court orders:

23
        • Petitioners' request for reconsideration of the Court's January 25, 2013 order (ECF
24
           No. 174) is DENIED.
25
        • Mr. David Flemmer and the law firm of Wilke, Fleury, Hoffelt, Gould & Birney are
26
           hereby APPOINTED as trustee and trustee's counsel to administer the constructive
27

28
                                             1

trusts of Petitioners and Elvira Bailey in a manner consistent with the Court's January 25, 2013 order (ECF No. 174).

- The stay imposed by this Court on March 27, 2013 is hereby LIFTED.  All other assets that are not subject to constructive trust shall be distributed as set forth in the Court's January 25, 2013 order (ECF No. 174).

Dated:  October 14, 2014

Troy L. Nunley
United States District Judge