HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
BRIAN ABBINGTON, Texas State Bar #00790500
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org
brian_abbington@fd.org

Attorneys for Defendant
STEFAN ANDRE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-00114-TLN-DAD |
|---|---|---|
| Respondent, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | Date: June 26, 2015 |
| STEFAN ANDRE WILSON, | ) ) | Time: 10:00 a.m. Judge: Hon. Dale A. Drozd |
| Movant. | ) ) ) | |

    Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.

    IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for respondent, and Heather Williams, Federal Defender, through Assistant Federal Defenders Douglas Beevers and Brian Abbington, attorneys for the movant, Stefan Andre Wilson, that the status conference scheduled for June 26, 2015, be vacated and be continued to July 24, 2015, at 10:00 a.m.

    The grounds for continuance are that defense counsel was recently appointed to the case and additional time is needed to review and investigate the facts of the case. Additionally, both attorneys for the defendant will be out of the office on leave until June 29, 2015.

////

DATED: June 24, 2015                Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Douglas Beevers*
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Stefan Andre Wilson

DATED: June 24, 2015                */s/ Brian Abbington*
                                    BRIAN ABBINGTON
                                    Assistant Federal Defender
                                    Attorney for Stefan Andre Wilson

DATED: June 24, 2015                BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ by Douglas Beevers with consent*
                                    AUDREY HEMESATH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

IT IS FURTHER ORDERED the status conference currently set for June 26, 2015, is continued until July 24, 2015, at 10:00 a.m.

Dated:  June 24, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm/wils0114.eot