UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Movant. | No.  2:08-cr-0114 TLN DAD P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order dated June 1, 2015, this court granted movant an evidentiary hearing on his claim of ineffective assistance of trial counsel during the plea bargain process.  A status conference was held at 10:00 a.m. on July 24, 2015, in the courtroom of the undersigned.  Assistant Federal Defenders Douglas Beevers and Brian Abbington appeared for movant.  Assistant United States Attorney Audrey Hemesath appeared for respondent.  The parties and the court discussed the scheduling of the evidentiary hearing in this matter and respondent's June 17, 2015 supplement to its opposition to movant's § 2255 motion.

After hearing the arguments of counsel at the status conference, and after reviewing respondent's June 17, 2015 supplemental opposition, IT IS ORDERED that:

/////

1

1. Respondent's request that this court reconsider its decision to conduct an evidentiary hearing in light of the materials filed in support of its June 17, 2015 supplemental opposition is denied for the reasons set forth in the order granting an evidentiary hearing and appointing counsel.

2. The evidentiary hearing in this matter is scheduled for August 18-19, 2015, commencing each day at 9:00 a.m. in the courtroom of the undersigned.

3. A writ ad testificandum will be issued to obtain movant's presence at the evidentiary hearing by separate order.

Dated: July 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Wilson114.sch

2