HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
BRIAN ABBINGTON, Texas State Bar #00790500
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org
brian_abbington@fd.org

Attorneys for Defendant
STEFAN ANDRE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00114-TLN-AC(TEMP) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE |
| vs. | |
| STEFAN ANDRE WILSON, | |
| Defendant. | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Audrey Hemesath, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Stefan Wilson, that the deadline for filing Mr. Wilson's opposition to the findings and recommendations of the magistrate judge by thirty (30) days, from the current due date of November 16, 2015, to December 16, 2015.  This stipulated request is made and based upon the attached Declaration of Counsel and the pleadings and papers on file in this case.

//

//

//

| | |
|---|---|
| DATED: November 16, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Stefan Andre Wilson |
| DATED: November 16, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Douglas Beevers for*<br>AUDREY HEMESATH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

DECLARATION OF COUNSEL

1. On November 25, 2013, Mr. Wilson filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 188.

2. On September 29, 2015, this Court held an evidentiary hearing to resolve issues of disputed fact regarding Mr. Wilson's ineffective assistance of counsel claim.

3. The transcripts of the evidentiary hearing were completed and filed with the Court on October 8, 2015. Doc. 250, 251.

4. Mr. Wilson submitted his post-hearing brief on October 15, 2015, Doc. 254; respondent's post-hearing brief was filed one week later on October 22, 2015, Doc. 255.

5. The findings and recommendations of the magistrate judge, recommending that Mr.Wilson's motion be denied, was signed by the magistrate judge on October 30, 2015. The findings and recommendations were entered on November 2, 2015.

6. The findings and recommendations of the U.S. Magistrate Judge is thirty-five (35) pages long, and was filed on Judge Drozd's final day as a U.S. Magistrate Judge which was only 22 days after the transcript was filed.

7. This is declarant's first request for an extension of time. Undersigned counsel has never previously filed objections to a U.S. Magistrate Judge's findings in a habeas corpus case, since his two prior habeas corpus cases were all handled by the District Judge. The Undersigned counsel anticipates no additional extensions will be needed or requested. The Objection to the Findings and Recommendation is substantially completed, however, undersigned counsel's obligations in other cases have interfered with his ability to timely complete this opposition. Specifically, in the a case of United States v. Jaymar Jamerson, (9th Cir. 13-10380) declarant had arranged prior to October 30, 2015 to visit Mr. Jamerson at F.C.I. Lompoc on November 6, 2015 to discuss a new plea offer which was due to expire by November 13, 2015. This visit took two full days of travel. Undersigned counsel is attorney of record in 2:14CR-0336 TLN in which a reply in support of a motion to suppress was due on November 3, 2015. Undersigned counsel is also attorney of record in United States v. Christopher Kegler 15-CR-106 MCE which was set for motion to suppress hearing on November 12, 2015 which required substantial preparation including a visit to the client at Nevada County jail on November 3, 2015. Declarant also was counsel of record in United States v. Juan Sanchez, 14CR278 JAM in which objections to the pre-sentence report were due on November 10, 2015, only a few weeks after new Ninth Circuit law opened up new arguments for objections. See Dimaya v. Lynch, 2015 WL 6123546 (9th Cir. Oct. 19, 2015)

9. The extension is sought for the sole purpose of allowing undersigned counsel to fulfill his constitutional and ethical obligations to Mr. Wilson and not for delay or any other improper reason.

I declare under penalty of perjury under the laws of the State of California and the United States that the allegations contained in this declaration are true and correct.

Signed, November 16, 2015, in Sacramento, California.   */s/ Douglas Beevers*
                                                              DOUGLAS BEEVERS

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **It is further ordered** that petitioner shall have until December 16, 2015 to file his Objections to the Findings and Recommendations of the U.S. Magistrate Judge.

Dated: November 16, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE