BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-00114-TLN-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND MOTION BRIEFING SCHEDULE |
| v. | |
| STEFAN A. WILSON, | |
| Defendant. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant U. S. Attorney, and counsel for Trustee David D. Flemmer, hereby stipulate as follows:

On January 21, 2016, Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury") filed the following applications and motions and noticed them for hearing on March 3, 2016:

    a.    Application by Wilke Fleury for Interim Allowance of Fees and Costs (Doc. No. 268),
    b.    Application by Trustee David D. Flemmer for Interim Allowance of Fees and Costs (Doc. No. 269),
    c.    Motion for Order Directing the IRS to Release the Seized Funds to Trustee (Doc. No. 270), and
    d.    Motion for Order Authorizing an Interim Distribution of the Seized Assets to Victims (Doc. No. 271).

The United States' time to respond to the applications and motions be set fourteen days prior to the March 3rd hearing, on February 18, 2016; and that any reply be filed no later than seven days in advance of the March 3rd hearing, on February 25, 2016.  This will allow the parties to file consolidated

responses and focus briefing on specific topics raised in the applications and motions.

WHEREFORE, based on the foregoing, the United States and Wilke Fleury hereby stipulate that the United States' response to the applications and motions filed on January 21, 2016 be set on February 18, 2016, and any reply by February 25, 2016.

Dated: 1/28/16
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

Dated: 1/28/16
/s/ Steven J. Williamson
STEVEN J. WILLIAMSON
BIANCA S. WATTS
Attorneys for Trustee David D. Flemmer

(Authorized by email)

## ORDER

IT IS SO ORDERED.

Dated: January 29, 2016

Troy L. Nunley
United States District Judge