UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN<br><br>**ORDER** |

On September 9, 2009, the Court issued a restitution order in this case. (ECF No. 106.) In its order, the Court found a loss amount of $15,000 for Bob Ramos, a victim of the offenses at issue. (ECF No. 106.) It has come to the Court's attention that the loss amount for Mr. Ramos is incorrect. In its Motion for Authorizing an Interim Distribution of the Seized Assets to Victims, the appointed trustee to this case, David Flemmer, indicated to the Court that Mr. Ramos claimed that a clerical error resulted in the submission of an incorrect loss amount. Mr. Ramos states that $134,118.91 is the actual loss amount on which restitution must be based. (ECF No. 271-1.) The motion included correspondence, as well as documentation of the loss amount which was submitted by Mr. Ramos. (ECF No. 271-2.) Based on the foregoing, the Court hereby modifies the restitution order and finds that the victim, Bob Ramos, has a loss amount of $134,118.91. The appointed trustee to this case is further ordered that this loss amount should be reflected in all further documentation related to Mr. Ramos's restitution proceedings.

Dated: February 29, 2016

Troy L. Nunley
United States District Judge

1