WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Trustee DAVID D. FLEMMER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | Case No. 2:08-cr-00114-TLN-AC<br><br>**ORDER GRANTING APPLICATION BY TRUSTEE DAVID D. FLEMMER FOR INTERIM ALLOWANCE OF FEES AND COSTS**<br><br>Date:   Thursday, March 3, 2016<br>Time:   9:30 a.m.<br>Ctrm.:   2, 15th Floor<br>Judge:  Hon Troy L. Nunley |

The Court-Appointed Trustee, David D. Flemmer ("Trustee"), having filed an Application by Trustee David D. Flemmer for Interim Allowance of Fees and Costs ("Trustee Interim Fee Application") (ECF No. 269); the Court having considered the Trustee Interim Fee Application and the statements of non-opposition by the United States and victims Richard A. Gray, Gray Investment Partners and Cumberland Hill Capital Fund, L.P. (ECF Nos. 283 and 288, respectively); and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Trustee Interim Fee Application is Granted;

2. The Trustee is authorized and directed to pay his fees in the amount of $10,985.00 and

1  costs in the amount of $177.00 for time period of October 20, 2014 through December 12, 2014; and

2      3.    Trustee's fees and costs are to be paid from the funds held in constructive trust in this case, prior to distribution to the victims, consisted with the Court's January 28, 2013 Order. (ECF No. 174.)

Dated: March 2, 2016

_____
Troy L. Nunley
United States District Judge