WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Trustee DAVID D. FLEMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | Case No. 2:08-cr-00114-TLN-AC<br><br>**ORDER GRANTING APPLICATION FOR INTERIM ALLOWANCE OF FEES AND COSTS OF WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br><br>Date:   Thursday, March 3, 2016<br>Time:  9:30 a.m.<br>Ctrm.:  2, 15th Floor<br>Judge:  Hon Troy L. Nunley |

The Court-Appointed Trustee, David D. Flemmer ("Trustee"), having filed an Application for Interim Allowance of Fees and Costs of Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury Interim Fee Application") (ECF No. 268); the Court having considered the Wilke Fleury Interim Fee Application and the statements of non-opposition by the United States and victims Richard A. Gray, Gray Investment Partners and Cumberland Hill Capital Fund, L.P. (ECF Nos. 282 and 288, respectively); and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.   The Wilke Fleury Interim Fee Application is Granted;

2:08-cr-00114-TLN-AC                                    -1-                    ORDER GRANTING APPLICATION FOR INTERIM ALLOWANCE OF FEES AND COSTS OF WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1    2.	The Trustee is authorized and directed to pay Wilke Fleury fees in the amount of
2  $15,446.50 and costs in the amount of $2,409.35 for the time period of October 8, 2014 through
3  August 25, 2015; and

4    3.	Wilke Fleury's fees and costs are to be paid from the funds held in constructive trust in
5  this case, prior to distribution to the victims, consisted with the Court's January 28, 2013 Order. (ECF
6  No. 174.)

8  Dated: March 2, 2016

                                          _____
                                          Troy L. Nunley
                                          United States District Judge

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

2:08-cr-00114-TLN-AC            -2-            ORDER GRANTING APPLICATION FOR INTERIM ALLOWANCE OF FEES AND COSTS OF WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP