WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Trustee DAVID D. FLEMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | Case No. 2:08-cr-00114-TLN-AC<br><br>**ORDER AUTHORIZING AN INTERIM DISTRIBUTION OF SEIZED ASSETS TO VICTIMS**<br><br>Date:  Thursday, March 3, 2016<br>Time:  9:30 a.m.<br>Ctrm.:  2, 15th Floor<br>Judge:  Hon Troy L. Nunley |

The Court-Appointed Trustee, David D. Flemmer ("Trustee"), having filed a Motion for Order Authorizing an Interim Distribution of Seized Assets to Victims ("Motion to Distribute") (ECF No. 271); the Court having considered the Motion to Distribute and the statements of non-opposition by the United States and victims Richard A. Gray, Gray Investment Partners and Cumberland Hill Capital Fund, L.P. (ECF Nos. 285 and 288, respectively); and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion to Distribute is Granted; and

2. The Trustee is authorized and directed to make interim distributions to the victims in the amounts set forth in the table below.

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED TOTAL INTERIM DISTRIBUTION (8% of Seized Funds) |
|---|---|---|
| Billy Hirschfelt, Sacramento, California | $148,865.49 | $11,909.24 |
| Bob Evans, Highlands, Utah | $36,258.07 | $2,900.65 |
| Bob Ramos, Turlock, California | $134,118.91 | $10,729.51 |
| Bruce Winner & Melissa Jones, Elk Grove, California | $47,000.00 | $3,760.00 |
| Charles and Debra McCrory, Newcastle, California | $661,727.96 | $52,938.24 |
| Charles and Laura Moore, Roseville, California | $130,000.00 | $10,400.00 |
| Charley McMillan, Sacramento, California | $100,000.00 | $8,000.00 |
| Clinton and Yvonne Stewarts, Henderson, Nevada | $65,061.56 | $5,204.92 |
| Darlene Rickaby, Citrus Heights, California | $250,088.92 | $20,007.11 |
| David and Elvira Parra, Elk Grove, California | $270,925.75 | $21,674.06 |
| Denise Pappenberger, Fair Oaks, California | $120,000.00 | $9,600.00 |
| Donald Ferguson & Gail Liberman, Reno, Nevada | $499,573.84 | $39,965.91 |
| Jerome Gutterman, Sacramento, California | $100,000.00 | $8,000.00 |
| Elliott Klassen, Rocklin, California | $423,848.39 | $33,907.87 |
| Elvira Bailey, Elk Grove, California | $192,581.00 | $15,406.48 |
| Gary Lex | $10,083.25 | $806.66 |
| Heidi Dressler, Sacramento, California | $116,400.00 | $9,312.00 |
| Irene Drinkwater, Citrus Heights, California | $26,000.00 | $2,080.00 |
| Jack and Valaine Hoffman, Auburn, California | $59,129.04 | $4,730.32 |
| Jacque Rodig, Angels Camp, California | $243,375.00 | $19,470.00 |
| Janelle McMillan, Rio Linda, California | $10,000.00 | $800.00 |
| Jay Hurley and Mechele Busby, Newport Beach, Calif. | $610,814.95 | $48,865.20 |
| Jeffrey Jolley, Pleasant Grove, Utah | $63,948.73 | $5,115.90 |
| Jo Ann Stewart, Dallas, Texas | $731,791.36 | $58,543.31 |
| Joan and Joseph Silver, Sun Lakes, Arizona | $70,000.00 | $5,600.00 |
| Kelly Davenport, Sacramento, California | $239,500.00 | $19,160.00 |
| Ken and Rose Matthews, Tucson, Arizona | $99,582.15 | $7,966.57 |
| Lani and Willie Wong, Daily City, California | $25,000.00 | $2,000.00 |
| Lani Fradel, Folsom, California | $63,936.90 | $5,114.95 |
| Linda McBride, Roseville, California | $193,419.90 | $15,473.59 |
| Lori Peters, Vancover, Washington | $100,000.00 | $8,000.00 |
| Bill Long, Nassau, The Bahamas | $74,958.55 | $5,996.68 |
| Louie Bilotto, Red Bluff, California | $480,000.00 | $38,400.00 |
| Marcela Jaeger, Folsom, California | $399,091.48 | $31,927.32 |
| Mark and Suzanne Rentz, Sacramento, California | $78,950.93 | $6,316.07 |
| Mary Strandholt, Sacramento, California | $121,500.00 | $9,720.00 |
| Michael Rogers, Loomis, California | $250,359.39 | $20,028.75 |
| Michael Jennings, Rio Linda, California | $25,015.34 | $2,001.23 |

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED TOTAL INTERIM DISTRIBUTION (8% of Seized Funds) |
|---|---|---|
| Michael Laudi, Sacramento, California | $153,623.90 | $12,289.91 |
| Myron and Thelma Wright, West Sacramento, CA | $58,000.00 | $4,640.00 |
| Nell Johnson, Rancho Cordova, California | $347,268.38 | $27,781.47 |
| Norm Caler, Folsom, California | $34,300.00 | $2,744.00 |
| Otis and Kathleen Anthony, Sacramento, California | $183,258.07 | $14,660.65 |
| Raoul and Colleen Fulcher, Oakland, California | $100,000.00 | $8,000.00 |
| Raymond Nunez & Sandra Lawson, Fair Oaks, California | $400,000.00 | $32,000.00 |
| Regina Meredith, Sedona, Arizona | $116,000.00 | $9,280.00 |
| Cumberland Hill Capital, Dallas Texas | $300,000.00 | $24,000.00 |
| Richard Gray, Dallas, Texas | $2,000,000.00 | $160,000.00 |
| Eddie Rentz, Sacramento, California | $108,000.00 | $8,640.00 |
| Robert and Janet Beck, Elk Grove, California | $194,398.85 | $15,551.91 |
| Robert Phillips, Roseville, California | $7,146.26 | $571.70 |
| Roger and Priscilla Wilson, El Dorado Hills, California | $100,276.24 | $8,022.10 |
| Ronald Hart, Carmichael, California | $199,000.51 | $15,920.04 |
| Sharon Manke, Sacramento, California | $76,744.85 | $6,139.59 |
| Shawn and Michelle Huckaby, Foresthill, California | $97,470.95 | $7,797.68 |
| Timothy and Rachel Manke, Granite Bay, California | $210,000.00 | $16,800.00 |
| Vinod and Vijay Sharma, Elk Grove, California | $274,894.00 | $21,991.52 |
| Weyland Owyoung, Concord, California | $87,628.39 | $7,010.27 |
| Yvonne Jones, Roseville, California | $128,600.00 | $10,288.00 |
| Internal Revenue Service<br>Attn: RACS/Misc. Stop 151 (Restitution) P.O. Box 47-421 Doraville, GA 30362 | $184,225.00 | $0.00 |
| **TOTAL** | **$12,633,742.26** | **$995,961.38** |

Dated: March 2, 2016

_____
Troy L. Nunley
United States District Judge