WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
Sacramento, California 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Trustee DAVID D. FLEMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | Case No. 2:08-cr-00114-TLN-AC<br><br>**ORDER DIRECTING THE IRS TO RELEASE THE SEIZED FUNDS TO TRUSTEE**<br><br>Date:  Thursday, March 3, 2016<br>Time:  9:30 a.m.<br>Ctrm.:  2, 15th Floor<br>Judge:  Hon Troy L. Nunley |

The Court-Appointed Trustee, David D. Flemmer ("Trustee"), having filed a Motion for Order Directing the IRS to Release the Seized Funds to Trustee ("Motion for IRS to Release Funds") (ECF No. 270); the Court having considered the Motion for IRS to Release Funds and the statements of non-opposition by the United States and victims Richard A. Gray, Gray Investment Partners and Cumberland Hill Capital Fund, L.P. (ECF Nos. 284 and 288, respectively); and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion for IRS to Release Funds is Granted;

2. The IRS is directed to release to Trustee $1,774,472.11 in seized funds currently held in constructive trust on behalf of Elvira Bailey, Richard A. Gray, Gray Investment Partners and Cumberland Hill Capital Fund, L.P. (the "Constructive Trust Funds");

3. Prior to the IRS releasing the Constructive Trust Funds, the Trustee will open a blocked

1  account in which to hold the Constructive Trust Funds and will promptly notify the IRS and the U.S.
2  Attorney's Office concerning the location of that account, as well as if the blocked account is
3  subsequently closed or the funds transferred to another financial institution;

4    4.    The Constructive Trust Funds will not be commingled with any other funds; and

5    5.    The Trustee shall hold the Constructive Trust Funds in the blocked account to be
6  administered according to order of the Court.

8  Dated: March 2, 2016

10  Troy L. Nunley
11  United States District Judge