1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:08-cr-0114 TLN AC (TEMP)

12              Respondent,

13         v.                                       ORDER

14    STEFAN WILSON,

15              Movant.

16

17         Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set

18    aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On October 30, 2015, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  After an extension of

23    time, movant has filed timely objections to the findings and recommendations.  Respondent has

24    filed a reply to movant's objections.

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed October 30, 2015, are adopted in full;

3        2.  Movant's November 25, 2013 motion to vacate, set aside, or correct his sentence

4    pursuant to 28 U.S.C. § 2255 is denied;

5        3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §

6    2253.

7        4.  The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-2466

8    TLN-AC-P.

9

10   Dated: March 30, 2016

11

12   _____
     Troy L. Nunley

13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2