WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
BIANCA S. WATTS (SBN 278231)
bwatts@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Trustee DAVID D. FLEMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | Case No. 2:08-cr-00114-TLN-DB<br><br>**ORDER APPOINTING ROBERT C. GREELEY AS SUCCESSOR TRUSTEE**<br><br>Date:   Thursday, March 23, 2017<br>Time:   9:30 a.m.<br>Crtrm.:  2, 15th Floor<br>Judge:  Hon. Troy L. Nunley |

The Court having been informed that the Court-Appointed Trustee, David D. Flemmer ("Trustee"), recently passed away; the Court having held a hearing at which the United States Attorney's Office and counsel for the Trustee, Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury"), discussed the matter and the remaining work to be done; the United States Attorney's Office and Wilke Fleury having recommended Robert C. Greeley as the successor trustee; and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Robert C. Greeley is appointed as the successor trustee ("Successor Trustee") to administer the constructive trusts of Richard A. Gray, Jr., Gray Investment Partners, Cumberland Hill Capital Fund, L.P. and Elvira Bailey in a manner consistent with the Court's January 25, 2013 order

(ECF No. 174);

2. Wilke Fleury, previously appointed as Trustee's counsel, is appointed counsel for the Successor Trustee consistent with the Court's January 25, 2013 order (ECF No. 174);

3. Successor Trustee shall be added as an additional account holder to the blocked account at Wells Fargo Bank that is in Trustee's name and contains the balance of the constructive trust funds;

4. Successor Trustee is authorized to take those steps required by Wells Fargo to satisfy their bank account procedures;

5. No party or victim in this case may file or proceed with any action against Successor Trustee without prior order of this Court; and

6. This Order shall be served on all of the victims.

Dated: March 29, 2017

Troy L. Nunley
United States District Judge