HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
BRIAN ABBINGTON, Texas State Bar #00790500
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org
brian_abbington@fd.org

Attorneys for Defendant
STEFAN ANDRE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEFAN ANDRE WILSON, <br><br> Defendant. | Case No. 2:08-CR-00114-TLN-DB <br><br> STIPULATION AND ORDER FOR RETURN OF GOVERNMENT EXHIBIT 16 TO THE DEFENDANT <br> Pursuant to Local Rule 138(g) and (h) <br><br> Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Audrey Hemesath, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Stefan Wilson, that pursuant to Local Rule 138(g) and (h) Government's Exhibit 16 be returned to the Defendant. It is stipulated that the Defendant shall make an electronic copy of the Exhibit for the Government and a copy for the Court. As grounds for the motion, the Defendant's appeal was final on February 21, 2017, so Exhibit 16 is no longer needed for litigation. Exhibit 16 is Mr. Wilson's original trial attorney's file, which that counsel gave to Mr. Wilson's father on his

/////

/////

/////

behalf.  Defense counsel will return the original file to Charles Wilson, Mr. Wilson's father.

DATED: April 7, 2017                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Douglas Beevers*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Stefan Andre Wilson

DATED: April 7, 2017                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Douglas Beevers for*
                                        AUDREY HEMESATH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **It is further ordered** that Government's Exhibit 16 be returned to the Defendant and Defendant is ordered to provide an electronic copy of the exhibit to the United States Attorney and the Court.

Dated:  April 12, 2017

/DLB7;
DB/Inbox/Routine/wils0114.stip

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE