UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN-DB<br><br>**ORDER GRANTING AMENDED APPLICATION FOR FINAL ALLOWANCE OF FEES AND COSTS OF WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP** |

Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury"), counsel to trustee David D. Flemmer ("Trustee Flemmer") and successor trustee Robert C. Greeley ("Successor Trustee"), having filed an Amended Application for Final Allowance of Fees and Costs of Wilke, Fleury, Hoffelt, Gould & Birney, LLP ("Wilke Fleury Final Fee Application") (ECF No. 331), the Court having considered the Wilke Fleury Final Fee Application, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Wilke Fleury Final Fee Application is GRANTED;
2. The Successor Trustee is authorized and directed to pay Wilke Fleury fees in the amount of $46,513.50 for the period of September 5, 2015 through March 31, 2017;
3. The Successor Trustee is authorized and directed to pay Wilke Fleury costs in the amount

of $1,724.19 for the period of September 5, 2015 through March 31, 2017;

4. The Successor Trustee is authorized and directed to pay Wilke Fleury fees in the amount of $4,762.31 for work to be done from March 31, 2017 through completion of this portion of the case; and

5. Wilke Fleury's fees and costs are to be paid from the funds held in constructive trust in this case, prior to distribution to the victims, consistent with the Court's January 28, 2013 Order, (ECF No. 174).

Dated: May 23, 2017

Troy L. Nunley
United States District Judge