UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN-DB<br><br>**ORDER AUTHORIZING A FINAL DISTRIBUTION OF SEIZED ASSETS TO VICTIMS** |

    The Court-Appointed Successor Trustee, Robert C. Greeley (""Successor Trustee"), having filed an Amended Motion for Order Authorizing a Final Distribution of Seized Assets to Victims ("Motion for Final Distribution") (ECF No. 330), the Court having considered the Motion for Final Distribution, and good cause appearing,

    IT IS HEREBY ORDERED THAT:

1. The Motion for Final Distribution is GRANTED;
2. The Successor Trustee is authorized and directed to make final distributions to the victims in the amounts set forth in the table below;
3. The Successor Trustee is authorized to issue separate checks to victims Bruce Winner and Melissa Jones, splitting their distributions equally;

1

4. The Successor Trustee is authorized to make the distribution check for victim Charley McMillan payable to the McMillan Living Trust;

5. The Successor Trustee is authorized to make the distribution check for victim Elliott Klassen payable to the Klassen Family Living Trust;

6. The Successor Trustee is authorized to make the distribution check for victim Irene Drinkwater payable to Lynn Stewart;

7. The Successor Trustee is authorized to deposit victim Bill Long's distribution with the Court, or with such other agency/entity that the Court directs until Mr. Long is located and his share can be distributed to him;

8. The Successor Trustee is authorized to deposit with the Court, or any other agency/entity that the Court deems appropriate, any additional amounts remaining 90 days after the final distribution checks are issued, whether the additional amounts are from victims who did not cash their checks or from other sources such as interest earned on the funds while in the fiduciary bank account;

9. The Successor Trustee is authorized and directed to have all remaining funds held in the blocked fiduciary account transferred to a disbursement account so Successor Trustee can distribute the funds to the victims, pay professional fees pursuant to the concurrently filed fee applications, and deposit any remaining funds with the Court or other agency/entity as ordered by the Court; and

10. Upon disbursement of all funds in accordance with the Orders of this Court, and the Successor Trustee filing with this Court a copy of the monthly bank checking statements for May 2017 through the month in which the account balance is $0, the Successor Trustee and his counsel are DISCHARGED, with no further motion or hearing required.

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED FINAL DISTRIBUTION (5.4% Distribution) |
|---|---|---|
| Billy Hirschfelt | $148,865.49 | $8,080.81 |
| Bob Evans | $36,258.07 | $1,968.18 |

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED FINAL DISTRIBUTION (5.4% Distribution) |
|---|---:|---:|
| Bob Ramos | $134,118.91 | $7,280.33 |
| Bruce Winner & Melissa Jones | $47,000.00 | $2,551.28 |
| Charles and Debra McCrory | $661,727.96 | $35,920.34 |
| Charles and Laura Moore | $130,000.00 | $7,056.74 |
| Charley McMillan | $100,000.00 | $5,428.26 |
| Clinton and Yvonne Stewarts | $65,061.56 | $3,531.71 |
| Darlene Rickaby | $250,088.92 | $13,575.49 |
| David and Elvira Parra | $270,925.75 | $14,706.56 |
| Denise Pappenberger | $120,000.00 | $6,513.92 |
| Donald Ferguson & Gaelle Lieberman | $499,573.84 | $27,118.19 |
| Eddie Rentz | $108,000.00 | $5,862.52 |
| Elliott Klassen | $423,848.39 | $23,007.61 |
| Elvira Bailey | $192,581.00 | $10,453.80 |
| Gary Lex | $10,083.25 | $547.35 |
| Heidi Dressler | $116,400.00 | $6,318.50 |
| Irene Drinkwater | $26,000.00 | $1,411.35 |
| Jack and Valaine Hoffman | $59,129.04 | $3,209.68 |
| Jacque Rodig | $243,375.00 | $13,211.04 |
| Janelle McMillan | $10,000.00 | $542.83 |
| Jay Hurley and Mechele Busby | $610,814.95 | $33,156.65 |
| Jeffrey Jolley | $63,948.73 | $3,471.31 |
| Jerome Gutterman | $100,000.00 | $5,428.26 |
| Jo Ann Stewart | $731,791.36 | $39,723.56 |
| Joan and Joseph Silver | $70,000.00 | $3,799.78 |
| Kelly Davenport | $239,500.00 | $13,000.69 |
| Ken and Rose Matthews | $99,582.15 | $5,405.58 |

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED FINAL DISTRIBUTION (5.4% Distribution) |
|---|---:|---:|
| Lani Fradel | $63,936.90 | $3,470.66 |
| Lani and Willie Wong | $25,000.00 | $1,357.07 |
| Linda McBride | $193,419.90 | $10,499.34 |
| Bill Long | $74,958.55 | $4,068.95 |
| Lori Peters | $100,000.00 | $5,428.26 |
| Louie Bilotta | $480,000.00 | $26,055.67 |
| Marcela Jaeger | $399,091.48 | $21,663.74 |
| Mark and Suzanne Rentz | $78,950.93 | $4,285.66 |
| Mary Strandholt | $121,500.00 | $6,595.34 |
| Michael Jennings | $25,015.34 | $1,357.90 |
| Michael Laudi | $153,623.90 | $8,339.11 |
| Michael Rogers | $250,359.39 | $13,590.17 |
| Myron and Thelma Wright | $58,000.00 | $3,148.39 |
| Nell Johnson | $347,268.38 | $18,850.64 |
| Norm Caler | $34,300.00 | $1,861.89 |
| Otis and Kathleen Anthony | $183,258.07 | $9,947.73 |
| Raoul and Colleen Fulcher | $100,000.00 | $5,428.26 |
| Raymond Nunez & Sandra Lawson | $400,000.00 | $21,713.05 |
| Regina Meredith | $116,000.00 | $6,296.79 |
| Richard Gray | $2,000,000.00 | $108,565.27 |
| Robert Phillips | $7,146.26 | $387.92 |
| Robert and Janet Beck | $194,398.85 | $10,552.48 |
| Roger and Priscilla Wilson | $100,276.24 | $5,443.26 |
| Ronald Hart | $199,000.51 | $10,802.27 |
| Sharon Manke | $76,744.85 | $4,165.91 |
| Shawn and Michelle Huckaby | $97,470.95 | $5,290.98 |
| Timothy and Rachel Manke | $210,000.00 | $11,399.35 |

| NAME OF VICTIM | TOTAL LOSS AMOUNT | PROPOSED FINAL DISTRIBUTION (5.4% Distribution) |
|---|---|---|
| Vinod and Vijay Sharma | $274,894.00 | $14,921.97 |
| Weyland Owyoung | $87,628.39 | $4,756.70 |
| Yvonne Jones | $128,600.00 | $6,980.75 |
| Cumberland Hill Capital | $300,000.00 | $16,284.79 |
| Internal Revenue Service<br>Attn: RACS/Misc. Stop 151(Restitution)<br>P.O. Box 47-421<br>Doraville, GA 30362 | $184,225.00 | $0.00 |
| **TOTAL** | **$12,633,742.26** | **$675,792.59** |

Dated: May 23, 2017

_____
Troy L. Nunley
United States District Judge