UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN-DB<br><br>**ORDER GRANTING APPLICATION OF SUCCESSOR TRUSTEE ROBERT C. GREELEY FOR FINAL ALLOWANCE OF FEES** |

Robert C. Greeley ("Successor Trustee"), having filed an Application by Successor Trustee Robert C. Greeley for Final Allowance of Fees ("Greeley Final Fee Application") (ECF No. 332), the Court having considered the Greeley Final Fee Application, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Greeley Final Fee Application is GRANTED;
2. The Successor Trustee is authorized and directed to pay his fees in the amount of $4,785.00 for the period of March 20, 2017 through April 26, 2017;
3. The Successor Trustee is authorized and directed to pay his fees in the amount of

///

1

$1,215.03[1] for work to be done from April 26, 2017 through completion of this portion of the case; and

4. Successor Trustee's fees are to be paid from the funds held in constructive trust in this case, prior to distribution to the victims, consistent with the Court's January 28, 2013 Order, (ECF No. 174).

Dated: May 23, 2017

Troy L. Nunley
United States District Judge

---

[1] This amount is $0.03 more than requested in the Greeley Final Fee Application. The total amount to be paid in the final distribution to the victims was miscalculated by $0.03. The additional amount is therefore being allocated to the Successor Trustee.

2