UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN-DB<br><br>**ORDER GRANTING AMENDED APPLICATION FOR FINAL ALLOWANCE OF FEES OF TRUSTEE DAVID D. FLEMMER** |

Robert C. Greeley ("Successor Trustee"), having filed an Amended Application for Final Allowance of Fees of Trustee David D. Flemmer ("Flemmer Final Fee Application") (ECF No. 329), the Court having considered the Flemmer Final Fee Application, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Flemmer Final Fee Application is GRANTED;
2. The Successor Trustee is authorized and directed to pay Trustee Flemmer's fees in the amount of $14,891.25 for the period of February 9, 2015 through January 25, 2017; and

///

///

///

1

3. Trustee Flemmer's fees are to be paid from the funds held in constructive trust in this case, prior to distribution to the victims, consistent with the Court's January 28, 2013 Order, (ECF No. 174).

Dated: May 23, 2017

Troy L. Nunley
United States District Judge

2