UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0114 TLN DB |
| Respondent, | |
| v. | ORDER |
| STEFAN WILSON, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. That motion was denied on March 31, 2016, following the district judge's adoption in full of the then-assigned magistrate judge's findings and recommendations. Movant has now filed a motion for reconsideration, which was referred to the undersigned for consideration. Accordingly, IT IS HEREBY ORDERED that respondent shall file a response to movant's motion within twenty-one days from the date of this order. Movant's reply, if any, shall be due fourteen days thereafter.

Dated: June 2, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7;

1

DB/Inbox/Routine/wils0114.resp