1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 2:08-cr-0114 TLN DB

12                Respondent,

13        v.                                ORDER

14   STEFAN WILSON,

15                Movant.

16

17          Movant is a federal prisoner proceeding pro se. Before the court is movant's motion for

18   extension of time to file a reply to the government's August 22, 2017, supplemental brief in

19   opposition to movant's motion to amend. (ECF No. 350.) Movant was initially granted seven

20   days from service of the government's supplemental brief to file his reply. (ECF No. 347.) He

21   now seeks a 60-day extension of time on the ground that the institution where he is housed, the

22   Federal Correctional Institution in Lompoc, California ("FCI Lompoc"), is on lockdown and as a

23   result he has limited library access. Movant, however, did not support this claim with any

24   evidence of a lockdown, and a September 13, 2017, telephone call from chambers to the FCI

25   Lompoc Litigation Coordinator revealed that the institution is not in fact on lockdown.

26   ////

27   ////

28   ////

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that movant's motion is DENIED. His

2  supplemental brief shall be filed within fourteen days from the date of this order.

3  Dated:  September 13, 2017

4

5

6                                          DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE
7

8  DLB7;
   DB/Inbox/Substantive/wils0114.eot
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28