1  REICHEL, PLESSER L.L.P.
   455 CAPITOL MALL 8TH FLOOR
2  SACRAMENTO, CA 95814
   (916) 498 9258
3
   ATTORNEY FOR DEFENDANT
4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-S-08-114 TLN |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND |
| v. | ) ORDER FOR EXTENSION OF TIME |
|  | ) TO FILE DEFENDANT'S |
|  | ) OBJECTIONS TO MAGISTRATE'S |
|  | ) FINDINGS AND RECOMMENDATIONS |
| STEFAN WILSON | ) |
| Defendants. | ) |

Attorney Mark Reichel has just been retained by the family of defendant for the purpose of representation in this matter. Defendant has his Objections to the Magistrate Judge's Findings and Recommendation due on January 18, 2018. His new counsel is now obtaining most of the necessary documents to draft and file the Objections; defendant is incarcerated.

The parties have agreed that the new counsel shall have up to February 8, 2018, within which to file the Objections.

It is so stipulated:

MCGREGOR SCOTT

/s/ Audrey Hemesath                    DATED January 16, 2018
_____

By: AUDREY HEMESATH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF


Mark J Reichel

MARK J. REICHEL, ESQ.      DATED: January 16, 2018


IT IS SO ORDERED:

Dated: January 24, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE