# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0114 TLN DB |
| Respondent, | |
| v. | ORDER |
| STEFAN WILSON, | |
| Movant. | |

Attorney Mark Reichel has just been retained by the family of defendant for the purpose of representation in this matter. Defendant requests that the Court substitute Attorney Mark J. Reichel in for his representation in place and instead of the defendant in pro per. The Government counsel does not oppose this substitution.

    Mark J Reichel
    MARK J. REICHEL, ESQ.           DATED: January 16, 2018

    STEFAN WILSON
    /s/ Stefan Wilson           Dated January 16, 2018

    IT IS HEREBY ORDERED.

Dated: January 24, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE