REICHEL, PLESSER L.L.P.
455 CAPITOL MALL 8TH FLOOR
SACRAMENTO, CA 95814
(916) 498 9258

ATTORNEY FOR DEFENDANT


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )
   v.                     )
                          )   Case No. CR-S-08-114 TLN
                          )
                          )
STEFAN WILSON             )
                          )
        Defendants.       )

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**

Attorney Mark Reichel has been substituted in shortly before January 18, 2018. Mr. Wilson did the matter before the Magistrate Court on a pro per basis. Counsel Reichel planned to draft the Objection with the needed assistance of the defendant, Mr. Wilson. Mr. Wilson was then transferred by the BOP, and kept in transit, from January 31, to the present. Mr. Reichel has been unable to communicate with or work with Mr. Wilson based upon his relocation, and transfer, by the

BOP since January 31, 2018.

As such, the parties have agreed that the defendant shall have until February 22, 2018, within which to file the Objections to the Findings and Recommendations

It is so stipulated:
MCGREGOR SCOTT

/s/ *Audrey Hemesath*
_____  DATED: February 07, 2018
By: AUDREY HEMESATH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF

*Mark J Reichel*

/s/ MARK J. REICHEL, ESQ.

DATED: February 07, 2018

IT IS SO ORDERED:

Dated: February 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE