REICHEL, PLESSER L.L.P.
455 CAPITOL MALL 8TH FLOOR
SACRAMENTO, CA 95814
(916) 498 9258

ATTORNEY FOR DEFENDANT


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA, Case No. CR-S-08-114 TLN

    Plaintiff,

v.

STEFAN WILSON

    Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**


The parties have agreed that counsel Mark Reichel shall have up to March 1, 2018, within which to file the Objections. Counsel has been in a state criminal murder trial in People v. Jeremy Baker, Placer County Superior Court Case No.62-106623 the week of February 20-23 and unable to finalize the Objections.

It is so stipulated:

MCGREGOR SCOTT

/s/ *Audrey Hemesath*
_____          DATED: February 22, 2018
By: AUDREY HEMESATH
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF

*Mark J Reichel*

/s/ MARK J. REICHEL, ESQ.

                            DATED: February 22, 2018


IT IS SO ORDERED:

                            DATED: February 26, 2018


                       /s/  DEBORAH BARNES
                       The Honorable Deborah L. Barnes
                       United States Magistrate Judge