UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN A. WILSON,<br><br>Defendant. | No. 2:08-cr-00114-TLN<br><br>**ORDER** |

On February 29, 2016, the Court issued an Order modifying the original restitution order in the above-captioned case because—due to a clerical error and the submission of the incorrect amount—the loss amount of Bob Ramos was found to be incorrect. (ECF No. 289.) Therein, the Court further ordered that the new loss amount should be reflected in all further documentation related to Mr. Ramos's restitution proceedings. (*Id.*) It has come to the Court's attention, however, that the operative Amended Judgment (ECF No. 130) was not further amended to reflect that change. Therefore, a Seconded Amended Judgment shall issue forthwith that will correct the previous clerical error and reflect the correct loss amount of Bob Ramos of $134,118.91, as well as the revised total victim loss amount of $12,633,742.26.[1]

---

[1] The parties have been aware of these corrected loss amounts at least since the issuance of the Court's February 29, 2016 Order (ECF No. 289). This Order is only intended to explain the reason for the Second Amended Judgment, which itself is only being issued to correct a clerical error.

1

IT IS SO ORDERED.

Dated: March 20, 2019

_____
Troy L. Nunley
United States District Judge