UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>STEFAN WILSON,<br><br>Movant. | No. 2:08-cr-0114 TLN DB<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding through retained counsel, Mr. Mark Reichel. Recently, the Honorable Troy L. Nunley issued an order sanctioning Mr. Reichel for filing a tardy opposition to the December 27, 2017, findings and recommendations concerning petitioner's motion to amend. Judge Nunley also struck Mr. Reichel's objections and referred the matter back to the undersigned to consider petitioner's motion for extension of time to retain new counsel or to file objections to the findings and recommendations. In addition, petitioner requests that Mr. Reichel be removed as attorney of record. Relatedly, Mr. Reichel filed a declaration indicating that he has returned petitioner's full retainer for work to be performed. (ECF No. 381.) Considered together, the Court construes Mr. Reichel's declaration as a motion to withdraw pursuant to Local Rule 182(d).

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for substitution of counsel and motion extension of time (ECF No. 377) is GRANTED;
2. The notice to withdraw (ECF No. 381) is GRANTED. The Clerk of Court is directed to terminate Mr. Reichel as the Attorney of Record, and petitioner is substituted in *pro se*;
3. Petitioner's motion for an order (ECF No. 382) is GRANTED; and
4. Petitioner shall file his objections to the December 27, 2017, findings and recommendations 's motion within twenty-one-days from the date of this Order. Should petitioner retain new counsel in the meantime, he must submit a request for substitution of counsel.

Dated: March 3, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/wils0114.eot(atty)