MCGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00114-TLN-DB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| STEFAN ANDRE WILSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on October 21, 2020. Docket No. 393. Pursuant to Local Rule, the government's response was due on October 28, 2020, with any reply from the defendant due on October 31, 2020.

2.      The United States apologizes for the late-filing of this stipulation, which was the result of a calendaring error.

3.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

4.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE                             1

a) The government's response to the defendant's motion to be filed on or before November 12, 2020;

b) The defendant's reply to the government's response to be filed on or before November 19, 2020.

IT IS SO STIPULATED.

Dated: November 3, 2020  
McGREGOR W. SCOTT  
United States Attorney

/s/ AUDREY B. HEMSATH  
AUDREY B. HEMSATH  
Assistant United States Attorney

Dated: November 3, 2020  
/s/ DAVID HARSHAW  
DAVID HARSHAW  
Counsel for Defendant  
STEFAN ANDRE WILSON

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 393, is due on or before November 12, 2020;

b) The defendant's reply to the government's response, if any, is due on November 19, 2020.

IT IS SO FOUND AND ORDERED this 3rd day of November, 2020.

Troy L. Nunley  
United States District Judge