UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>STEFAN WILSON,<br><br>  Movant. | No. 2:08-cr-00114-TLN-DB<br><br>**ORDER** |

Movant Stefan Wilson ("Movant") is a federal prisoner proceeding *pro se*. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Movant's Motion to Amend, filed on March 1, 2016.[1] (ECF No. 291.) On August 16, 2017, the magistrate judge ordered supplemental briefing on Movant's motion. (ECF No. 347.) Following receipt of the briefs (ECF Nos. 348, 356), on December 27, 2017, the magistrate judge filed findings and recommendations herein which were served on all

---

[1] The motion is reflected on the docket as a Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255, but the pleading is titled "Motion for Leave to Amend Petition Under Fed. R. Civ. P. 15(a) to State *Brady v. Maryland* Claim and Claim of Outrageous Government Misconduct Based Upon Newly Discovered Evidence." (*See* ECF No. 291 at 1.) The motion is referred to herein as Movant's Motion to Amend.

1

parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 359.) On March 23, 2020, after requesting and being granted several extensions of time, Movant filed objections to the Findings and Recommendations. (ECF No. 392.)

The Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the Court has considered whether to issue a certificate of appealability. Before Petitioner can appeal this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Where the petition is denied on the merits, a certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir. 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)). For the reasons

/ / /

set forth in the magistrate judge's Findings and Recommendations (ECF No. 359), the Court finds that issuance of a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 27, 2017 (ECF No. 359), are adopted in full;
2. Movant's Motion for Leave to Amend (ECF No. 291) is DENIED;
3. The Clerk of Court is directed to close the companion civil case; and
4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

DATED: December 1, 2020

Troy L. Nunley
United States District Judge