McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/Respondent,<br><br>     v.<br><br>STEFAN ANDRE WILSON,<br><br>          Defendant/Movant. | CASE NO. 2:08-CR-00114-TLN-DB<br><br>UNITED STATES'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME; **ORDER** |

The United States requests an extension of 13 days, to January 6, 2021, in which to file its response to defendant Wilson's motion for reconsideration of the denial of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), and counsel for Wilson has advised that he does not oppose this request. The reason for the request is the need to await updated BOP medical records, as well as the fact that undersigned counsel as well as the compassionate release paralegal in the U.S. Attorney's Office and BOP legal counsel are all on annual leave until January 4, 2021.

Dated: December 29, 2020         McGREGOR W. SCOTT
                                 United States Attorney


                           By:   /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant United States Attorney

## ORDER

The time for the United States to file a response is extended until January 6, 2021. Any reply is due on January 13, 2021.

Dated: December 29, 2020

Troy L. Nunley
United States District Judge