UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00114-TLN-DB |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| STEFAN A. WILSON, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Requests to Seal, IT IS HEREBY ORDERED that Defendant's Exhibits J and L to Defendant's Motion for Reconsideration pertaining to Defendant Stefan A. Wilson, and the Requests to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Orego*n, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Requests, sealing the Requests and Exhibit J and L serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling

interests identified by Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Defendant's Requests and Exhibits J and L that would adequately protect the compelling interests identified by Defendant.

DATED:  January 13, 2021

Troy L. Nunley
United States District Judge