LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEFAN WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEFAN WILSON<br><br>　　　　　　Defendants. | CASE NO.  2:08-CR-114-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 12, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for an Admit/Deny Hearing on December 12, 2024.

2. By this stipulation, defendants now move to continue the status conference until February 6, 2025, at 9:30 a.m., and to exclude time between December 12, 2024, and February 6, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The underlying state court case is presently set for a preliminary hearing on January 23, 2025. The resolution of that case will assist in the resolution of the supervision violation.

　　b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for the hearing.

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2024 to February 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 9, 2024          PHILLIP A. TALBERT
                        United States Attorney

                        /s/ ZULKAR KHAN
                        ZULKAR KHAN
                        Assistant United States Attorney

Dated: December 9, 2024          /s/ MICHAEL HEUMANN
                        MICHAEL HEUMANN
                        Counsel for Defendant
                        STEFAN WILSON

# ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge