LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEFAN WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEFAN WILSON<br><br>　　　　　　　　Defendants. | CASE NO. 2:08-CR-114-TLN<br><br>STIPULATION REGARDING ¨CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: February 6, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for an Admit/Deny Hearing on February 6, 2025.

2. By this stipulation, defendants now move to continue the status conference until May 8, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a)　The underlying state court case is presently set for trial on April 21, 2025. The resolution of that case will assist in the resolution of the supervision violation.

　　b)　Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for the hearing.

　　c)　Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: January 29, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

Dated: January 29, 2025

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
STEFAN WILSON

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of January, 2025.

Troy L. Nunley
Chief United States District Judge