LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
STEFAN WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-CR-114-TLN |
| Plaintiff, | STIPULATION REGARDING ¨CONTINUANCE; FINDINGS AND ORDER |
| v. | DATE: February 26, 2026 |
| STEFAN WILSON | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for an Admit/Deny Hearing on February 26, 2026.

2.      By this stipulation, defendants now move to continue the status conference until **April 2, 2026, at 9:30 a.m.**

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Mr. Wilson has a recent medical procedure he is recovering from, and his recovery could be impeded by attending court.

b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for the hearing.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

d)       The government does not object to the continuance.

e)       Probation does not object to the continuance.

f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.


Dated:  February 23, 2026                                    PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ ZULKAR KHAN
                                                             ZULKAR KHAN
                                                             Assistant United States Attorney


Dated:  February 23, 2026                                    /s/ MICHAEL HEUMANN
                                                             MICHAEL HEUMANN
                                                             Counsel for Defendant
                                                             STEFAN WILSON


**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of February, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT